**IT IS SO ORDERED.**

Dated:  January 16, 2014
             03:10:41 PM

_Kay Woods_
Kay Woods
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| CRAIG A. HENSON | ) | CASE NO. 10-44735 |
| ROBIN M. HENSON | ) | |
| | ) | JUDGE KAY WOODS |
| | ) | |
| Debtors | ) | **ORDER PROVIDING FOR INCREASED** |
| | ) | **PAYMENTS INTO PLAN AND INCREASED** |
| | ) | **DIVIDEND TO UNSECURED CREDITORS** |

THIS MATTER IS BEFORE THE COURT upon the subjoined consents of the Trustee and the debtors' attorney to increase the payments made to the Chapter 13 plan and increase the dividend to unsecured creditors, no notice having been given as none is required,  and consent to the within Order having been entered by Attorney Michael A. Gallo, Standing Chapter 13 Trustee, and Eric Ashman, attorney for  debtors; and,

IT APPEARING TO THE COURT that on December 30, 2010, the debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code and that the debtors' plan provided for payments of $470.00 monthly for a term of thirty months and a 0% dividend to be paid to unsecured creditors; and,

IT FURTHER APPEARING that on January 26, 2011, an Amended Plan was filed

providing for a thirty-six month term and a 10% dividend to be paid to unsecured creditors; and,

IT FURTHER APPEARING that on February 2, 2011 an Order was filed providing for a term of forty-six months; and,

IT FURTHER APPEARING that on July 19, 2012 an Order was filed providing for a 27% dividend to be paid to unsecured creditors; and,

IT FURTHER APPEARING that upon a review of the debtors' disposable income, the debtors have the ability to contribute $820.00 monthly beginning October 2013, which results in a 46% dividend to unsecured creditors; and,

IT FURTHER APPEARING that there is no adverse effect upon the creditors of the debtors' estate in that the payment and dividend to be paid to unsecured creditors is being increased pursuant to the terms of the within Order.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the debtors' payments are hereby increased to $820.00 monthly and unsecured creditors shall be paid a dividend of 46% of the amount of their claims.

###

SUBMITTED & APPROVED BY:

  /s/ Michael A. Gallo
MICHAEL A. GALLO, TRUSTEE

 /s/ Eric Ashman
ERIC ASHMAN, ESQ.
Attorney for Debtors

CH13:jrb Henson.Ord 10/2/13

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| CRAIG A. HENSON | ) | CASE NO. 10-44735 |
| ROBIN M. HENSON | ) | |
| | ) | |
| Debtors | ) | KAY WOODS |
| | ) | U.S. BANKRUPTCY JUDGE |

## **INSTRUCTIONS TO CLERK**

Please serve the following with a copy of the ORDER PROVIDING FOR INCREASED

PAYMENTS INTO PLAN AND INCREASED DIVIDEND TO UNSECURED CREDITORS:

ERIC ASHMAN, ESQ.
16 Wick Avenue
Suite 502
Youngstown, OH 44503
(Attorney for Debtors)

CRAIG A. HENSON
ROBIN M. HENSON
2124 Eagle Drive
Ashtabula, OH 44004
(Debtor)

MICHAEL A. GALLO, TRUSTEE
5048 Belmont Ave.
Youngstown, OH 44505
(Standing Chapter 13 Trustee)